IN THE UNITED STATE DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARCH INSURANCE COMPANY : | |
| : | Case No.: 1:18-cv-02691 |
| Plaintiff, : | |
| : | Hon. Edmond E. Chang |
| V. : | |
| : | |
| PCH HEALTHCARE HOLDINGS, LLC, et al. : | |
| : | |
| Defendants. : | |

## STIPULATION

Plaintiff Arch Insurance Company ("Arch") and Defendants Aetna, Inc. and Aetna Life Insurance Company (together, "Aetna") have been in discussions regarding the potential termination of this action as to Aetna. It will assist the parties' attempts to reach an amicable resolution if the date for responding to the Complaint is extended to October 12, 2018 as to Aetna. As such, it is hereby stipulated between counsel for Arch and counsel for Aetna that Aetna shall have through October 12, 2018, in which to respond to the Complaint in this action.

A Proposed Order is submitted contemporaneously herewith.

ARCH INSURANCE COMPANY

*/s/ Michael T. Skoglund*
Michael T. Skoglund
Kristi S. Nolley
Nicole M. Gallagher
BATESCAREY LLP
191 North Wacker, Ste. 2400
Chicago, IL  60606
Ph.:  312-762-3100
Fax: 312-762-3200

AETNA, INC. AND AETNA
LIFE INSURANCE COMPANY

*/s/ David M. Cummings*
Kevin B. Dreher
David M. Cummings
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
Ph.:  312-207-1000
Fax: 312-207-6400

Dated:  October 3, 2018

## IN THE UNITED STATE DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| ARCH INSURANCE COMPANY | : | |
| | : | Case No.: 1:18-cv-02691 |
| Plaintiff, | : | |
| | : | Hon. Edmond E. Chang |
| V. | : | |
| | : | |
| PCH HEALTHCARE HOLDINGS, LLC, et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, upon consideration of the Stipulation of Counsel for Plaintiff and Counsel for and Aetna, Inc. and Aetna Life Insurance Company, it is hereby ORDERED that Aetna, Inc. and Aetna Life Insurance Company shall have through October 12, 2018 to respond to the Complaint in this action.

_____
EDMOND E. CHANG, J.